# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TAMA GROUP, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 4:20-cv-2375 |
| v. | : | |
| | : | |
| GOSUN BUSINESS DEVELOPMENT CO. LTD. | : | **JURY TRIAL DEMANDED** |
| and HAI'AN XIN FU YUAN OF | : | |
| AGRICULTURAL SCIENCE AND | : | |
| TECHNOLOGY CO., LTD., | : | |
| | : | |
| Defendants. | x | |

## **RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tama Group files this notice to voluntarily dismiss this action with prejudice with respect to Defendant Gosun Business Development Co. Ltd. Gosun has not yet served an answer or a motion for summary judgment.

This notice of dismissal does not apply to Defendant Hai'an Xin Fu Yuan of Agricultural Science and Technology Co., Ltd., which remains a defendant in this case.

Respectfully submitted,

*Attorneys for Plaintiff Tama Group*

Dated: August 27, 2020

By: s/ <u>Travis R. Wimberly</u>

**OF COUNSEL**

Aaron S. Eckenthal*
Christian E. Samay*
Brian R. Tomkins*
(*<i>pro hac vice</i>)
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ  07016
Tel:    908.654.5000
Fax:   908.654.7866
aeckenthal@lernerdavid.com
csamay@lernerdavid.com
btomkins@lernerdavid.com
litigation@lernerdavid.com

Travis R. Wimberly
Attorney-in-Charge
Texas Bar No. 24075292
S.D. Tex. Bar No. 1804532
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Tel:  512.322.5200
Fax:  512.322.5201
twimberly@pirkeybarber.com

## CERTIFICATE OF SERVICE

I certify that on August 27, 2020, I filed this document with the Court using the CM/ECF system, which will serve the document on all counsel of record.

<u> s/ Travis R. Wimberly           </u>
Travis R. Wimberly