UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMA GROUP, § § § Plaintiff, § VS. § GOSUN BUSINESS DEVELOPMENT § CO. LTD., *et al*, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-2375 |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal, this action is DISMISSED pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as to Defendant Gosun Business Development Co. Ltd. This notice of dismissal does not apply to Defendant Hai'an Xin Fu Yuan of Agricultural Science and Technology Co., Ltd., which remains a defendant in this case.

**SIGNED** this 27th day of August, 2020.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**